UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-60686-CIV-ZLOCH

GILBERT MARTINEZ, on behalf of STEPHANIE
MARTINEZ, a minor,

       Plaintiff,

v.

PAYLESS SHOESOURCE, INC.
a foreign corporation,

       Defendant.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, GILBERT MARTINEZ, on behalf of STEPHANIE MARTINEZ, a minor, and Defendant, PAYLESS SHOESOURCE, INC., hereby stipulate to the voluntary dismissal of this action with prejudice. This Stipulation is based on a settlement agreement and therefore, the Parties respectfully request that the Court retain jurisdiction over this action for the purposes of enforcement.

    Respectfully submitted,

    **Law Offices of Levy & Levy, P.A.**
    Counsel for Plaintiff
    300 Southeast 13th Street
    Ft. Lauderdale, FL 33316
    Telephone: (954) 763-5722
    Facsimile: (954) 763-5723

    */s/ Chad E. Levy*_____
    CHAD E. LEVY
    Florida Bar No.: 0851701
    DATE: June 13, 2007

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on June 13, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                */s/ Chad E. Levy*_____
                CHAD E. LEVY

## SERVICE LIST

Jay Andrews, Esq.
Payless Shoesource, Inc.
3231 SE 6th Street
Topeka, KS 66607
Counsel for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-60686-CIV-ZLOCH

GILBERT MARTINEZ, on behalf of STEPHANIE
MARTINEZ, a minor,

       Plaintiff,

v.

PAYLESS SHOESOURCE, INC.
a foreign corporation,

       Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon the Stipulation for Voluntary Dismissal with Prejudice, filed herein by the Parties. The Court has carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Voluntary Dismissal with Prejudice filed herein by the Parties be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court hereby retains jurisdiction of the above-styled cause solely for purposes of enforcing the settlement agreement; and

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Broward County, Florida, this _____ day of _____, 2007.

_____
WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

**Copies furnished**:

Chad E. Levy, Esquire                Counsel for Plaintiff
*Levy & Levy, P.A.*
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 384-9779
Facsimile:  (954) 384-9976

Jay Andrews, Esq.                    Counsel for Defendant
Payless Shoesource, Inc.
3231 SE 6th Street
Topeka, KS 66607
Telephone: (785) 368-7542
Facsimile: (785) 295-6084